UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM EVERETT WARINNER and
JAMES C. MILLER, SR.,

    Plaintiffs,

v.

Case No: 4:14-cv-164
Three-Judge Court Assigned

KEN DETZNER, in his official capacity
as Secretary of State of the State of
Florida,

    Defendant,

THE FLORIDA HOUSE OF
REPRESENTATIVES and THE
FLORIDA SENATE,

    Intervenor-Defendants.

## ORDER

In light of the Legislative Parties' Notice of Filing Order Approving Remedial Redistricting Plan (Doc. 301), this Court determines that this case should be stayed pending resolution of litigation for the related case in Florida state appellate courts. Accordingly, it is **ORDERED** and **ADJUDGED** that:

1. This case is **STAYED**, and the Clerk of Court is directed to administratively close this file.

2. Upon resolution of litigation in Florida state courts, the parties shall file a status report informing this Court of the outcome of the litigation.

3. The Legislative Parties' Motion to Dismiss or, in the Alternative, to Stay Proceedings (Doc. 32) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in Orlando, Florida on September 24, 2014.

Copies furnished to:

Counsel of Record

JOHN ANTOON II
United States District Judge